IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00980-REB-KLM

HOSSEIN BAGHER, doing business as Cherry Creek Oriental Rugs,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to File Amended Answer, and to Amend Scheduling Order to Permit Same** [Docket No. 20; Filed January 3, 2013] (the "Motion"). On review of the Motion, the Court finds that, pursuant to Fed. R. Civ. P. 16(b)(4), Defendant has provided good cause for permitting amendment of its Answer after the Deadline for Joinder of Parties and Amendment of Pleadings, which was August 10, 2012. *See Scheduling Order* [#17] at 10. The Court further finds that Defendant has met the requirements of Fed. R. Civ. P. 15(a)(2) permitting amendment of pleadings. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Defendant's Amended Answer [#20-1] is accepted for filing as of the date of this Minute Order.

    Dated: January 4, 2013