IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00980-REB-KLM

HOSSEIN BAGHER, doing business as Cherry Creek Oriental Rugs,

Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order to Extend Discovery Deadline** [Docket No. 31; Filed April 15, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Scheduling Order entered on June 27, 2012 [#17], as amended on January 4, 2013 [#22] and February 19, 2013 [#30], is further modified to extend the following deadlines:

- Discovery Deadline **May 24, 2013**

Dated: April 16, 2013