IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00980-REB-KLM

HOSSEIN BAGHER, doing business as Cherry Creek Oriental Rugs,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 37; Filed May 14, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#37-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: May 15, 2013