# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  12-cv-00980-REB-KLM

HOSSEIN BAGHER, d/b/a Cherry Creek Oriental Rugs,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER[1]

    The following motions are before the court for consideration: (1) the **Joint Motion For Leave to File Rule 702 Motions Related to Expert Witnesses Designated Pursuant to The Court's September 26, 2013 Order (Doc. No. 61)** [#66] filed February 14, 2014; and (2) the **Joint Motion For Extension of Time to File Jury Instructions**[2] [#68] filed February 25, 2014.  After reviewing the motions and the record, the court has concluded that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion For Leave to File Rule 702 Motions Related to Expert Witnesses Designated Pursuant to The Court's September 26, 2013 Order (Doc. No. 61)** [#66] filed February 14, 2014, is **GRANTED**;

    2.  That the parties may file motions under Rule 702 concerning the newly retained expert witnesses specified in the motion.  Any such motion and any response shall not exceed fifteen (15) pages, and any reply shall not exeed ten (10) pages.  Any such motion under Rule 702 shall be filed no later than March 4, 2014.  Any response shall be filed no later than March 10, 2014, and any reply shall be filed no later than March 14, 2014;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Henceforth counsel shall comply with the practice standards of this court, including REB Civ. Practice Standard II.G.3, which is adversely implicated by the filing of the joint motion for extension of time.

   3.  That the **Joint Motion For Extension of Time to File Jury Instructions** [#68] filed February 25, 2014, is **GRANTED**; and

   4.  That the parties shall have until **March 7, 2014**, in which to file their jury instructions in compliance with REB Civ. Practice Standard V.C.4.b.c.

   Dated:  February 26, 2014