# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-00980-REB-KLM

HOSSEIN BAGHER, d/b/a Cherry Creek Oriental Rugs,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the **Joint Motion For Three Additional Trial Days** [#78][2] filed March 7, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion For Three Additional Trial Days** [#78] filed March 7, 2014, is **GRANTED**; and

2. That the court reserves eight (8) days for trial:

- Monday, March 31, 2014, through Thursday, April 3, 2014; and
- Monday, April 7, 2014, through Thursday, April 10, 2014.

Dated: March 10, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.