# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:           April 10, 2014

Deputy Clerk:       Kathleen Finney
Court Reporter:     Tracy Weir

**Civil Action No.  12-cv-00980-REB-KLM**

*Parties:*                                              *Counsel:*

HOSSEIN BAGHER,                                         Jeremy Sitcoff
    a/k/a Cherry Creek Oriental Rugs,                Nelson Waneka

    Plaintiff,

v.

AUTO OWNERS INSURANCE                                   Gregory Giometti
COMPANY,                                                John Mereness

    Defendant.

## COURTROOM MINUTES

**Trial to Jury - Day Eight**

**8:46 a.m.      Court in session.**

Out of the presence of the jury.

Post evidentiary proceedings continue.

Court advises the parties that Juror No. 3 has requested to be excused and discharged from further duty and service as a juror in this trial.

No objection by the plaintiff.

No objection by the defendant.
      Therefore, **IT IS ORDERED as follows:**

- That the request of Juror No. 3 to be excused from further duty is **GRANTED**; That Juror No. 3 is **excused** and **discharged** from further duty and service as a juror in the trial of this case; and That the courtroom deputy shall communicate this order to the juror as soon as practicable.

Now pending before the court is the defendant's **Motion for Judicial Notice** [#104] filed March 28, 2014.

Court's findings and conclusions.

    **IT IS FURTHER ORDERED:**    That the defendant's **Motion for Judicial Notice** [#104] is **DENIED**.

| Time | Event |
|---|---|
| 8:49 a.m. | Charging conference resumes. |
| 8:52 a.m. | Jury instructions 1 through 32 and the form of verdict of the court are approved. |
| **8:57 a.m.** | **Court in recess.** |
| **9:06 a.m.** | **Court in session.** |
| 9:08 am. | Jury is present. |

Courtroom deputy clerk delivers copies of the jury instructions to the jury.

| Time | Event |
|---|---|
| 9:13 a.m. - 9:55 a.m. | Court instructs jury. |
| 9:58 a.m. | Closing argument by Mr. Sitcoff. |

Court advises jurors of admonitions during the break.

| Time | Event |
|---|---|
| **10:41 a.m.** | **Court in recess.** |
| **10:54 a.m.** | **Court in session.** |
| 10:55 a.m. | Jury is present. |
| 10:56 a.m. | Closing argument by Mr. Giometti. |
| 11:42 a.m. | Rebuttal closing argument by Mr. Sitcoff. |
| 11:44 a.m. | Court gives final instructions to the jury. |
| 11:45 a.m. | Bailiffs sworn. |

Court instructs courtroom deputy clerk to deliver original jury instructions, verdict form,

and admitted exhibits to the jury for use during their deliberations.

11:47 a.m. Jury exits to commence deliberations.

Court directs counsel to provide reliable contact information to the courtroom deputy clerk and to remain within ten minutes of the courthouse. Unless a question or notice of verdict are sooner received, court will reconvene at approximately 4:45 p.m.

**11:49 a.m. Court in recess.**

**3:54 p.m. Court in session.**

Court informs counsel that the jury has reached unanimous verdicts.

3:57 p.m. Jury is present.

Foreperson confirms that the jury has reached unanimous verdicts and delivers same to the court via the bailiff.

Court reads the verdicts[1].

Court polls the jurors.

4:04 p.m. Jury is given its closing trial instructions, including the prohibition against contact from counsel and parties, given the thanks of the court, and is discharged.

4:05 p.m. Jury exits.

    **IT IS FURTHER ORDERED** as follows:

- That on the verdicts of this jury, judgment shall enter as prescribed under Fed. R. Civ. P. 58, and;

- That tax shall be prescribed under Rule 54 and under Local Rule 54.

Court's closing remarks.

**4:07 p.m. Court in recess.**

Total time in court: 02:54

Trial concluded.

---

[1] Pursuant to General Order 2007-3 the original Jury Verdict has been filed conventionally by delivery to the clerk's office. A representation of the Jury Verdict is attached to the court minutes.