# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-00980-REB-KLM

HOSSEIN BAGHER, d/b/a Cherry Creek Oriental Rugs,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on **Plaintiff's Unopposed Motion for Leave to Supplement His Motion For Attorney's Fees [#121]** [#122][2] filed May 16, 2014. The motion is **GRANTED** and the **Affidavit of Jeremy A. Sitcott in Support of Plaintiff's Motion for Attorney Fees** [#122-1] and the **Affidavit of Joseph J. Mellon Regarding Plaintiff's Motion for Attorney Fees** [#122-2] are accepted for filing.

    Dated: May 20, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#122]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.